UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALVADOR ESTRADA MONTERO, | ) | CASE NO. ED CV 15-645-DOC (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

　　Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability,

　　IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

　　DATED: April 20, 2015

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\~9709265.wpd